ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL[1]

| | | |
|---|---|---|
| CARLOS MANUEL QUIÑONES Y OTROS<br>Peticionarios<br><br>v.<br><br>ANA HILDA MEJIA SOTO<br>Recurrida<br><br>ANA HILDA MEJIA SOTO<br>Demandante<br><br>v.<br><br>DIEGO CHEVERE COLÓN Y OTROS<br>Demandados | KLCE202401104 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Carolina<br><br>Caso Núm.<br>F AC2013-4231<br>F AC2014-2089<br><br>Sobre:<br>Nivelación, Reembolso, Enriquecimiento Injusto, Cobro De Dinero, Nulidad De Donaciones, Sentencia Declaratoria, Cuota Viudal, Legado y Daños y Perjuicios |

Panel integrado por su presidenta, la Jueza Rivera Marchand, el Juez Rodríguez Flores y la Jueza Prats Palerm

Rivera Marchand, Jueza Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 21 de octubre de 2024.

Considerada la *Moción Desistimiento por Academicidad* presentada por la parte peticionaria, Carlos Manuel Quiñones González, Carlos Rafael Quiñones González y Diego Chévere Colón, el 17 de octubre de 2024, la declaramos Ha Lugar. De conformidad con lo dispuesto en la Regla 83(A) de nuestro Reglamento, 4 LPRA Ap. XXII-B, R. 83 (A), ordenamos el archivo del caso de epígrafe según solicitado, por desistimiento, con perjuicio.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Orden Administrativa OATA-2023-212.

Número Identificador

SEN2024_____